IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   *Charles Tate*   No. 05-20168 Ma P

ORDER ON ARRAIGNMENT

This cause came to be heard on *May 6, 2005*
The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME *Lee Gerald*   ADDRESS _____

_____ PHONE NO. _____ who is (Retained)/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.
✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

Charges:

Assistant U.S. Attorney assigned to Case:

Age: 43

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-10-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20168 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT