FILED BY ЈЬ̲Ц̲ D.C.

PS 8
(8/88)

# United States District Court
## for
## Western District of Tennessee

05 DEC -2 AM 11:40



U.S.A. vs. Charles Tate                         Docket No. 05-20168-001-Ma

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER **Jake N. Bookard, II** presenting an official report upon the conduct of **Charles Tate** who was placed under pretrial release supervision by the Honorable **Diane K. Vescovo** sitting in the court at **Memphis, on the 6th day of May , 2006** under the following conditions:

1. Report as directed by the Pretrial Services Office
2. Maintain or actively seek employment
3. Defendant is restricted in residence and travel to the Western District of Tennessee and the Southern District of Mississippi
4. Refrain from possessing a firearm, destructive device, or other dangerous weapon
5. Refrain from any use or unlawful possession of a narcotic drug or other controlled substance
6. Submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance
7. Participate in a program of inpatient or outpatient substance abuse testing, education, or treatment if deemed advisable by Pretrial Services

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On November 14, 2005, Mr. Tate reported for supervision and signed a voluntary admission of illegal drug use indicating that he used methamphetamine on or about November 12, 2005. Defendant Tate tested positive for amphetamine and methamphetamine on urinalysis tests administered November 10, 2005, and October 31, 2005, at the Alcohol and Chemical Abuse Rehab Center, Inc. As previously reported to the Court, Mr. Tate tested positive for amphetamine and methamphetamine on urinalysis tests administered on May 6, 2005, and June 27, 2005. The May 6, 2005, positive test result could be attributed to use prior to being placed on pretrial supervision. All of the defendant's positive test results were confirmed by Kroll Laboratories.

PRAYING THAT THE COURT WILL ORDER ISSUANCE OF A WARRANT CHARGING THE DEFENDANT WITH VIOLATING THE CONDITIONS OF PRETRIAL RELEASE

BOND RECOMMENDATION: **NONE**

ORDER OF COURT

Considered and ordered this 25th day of November, 2005 and ordered filed and made a part of the records in the above case.

_Diane K. Vescovo_
U.S. Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _November 22, 2005_

_J.N. Bookard, II_
U.S. Pretrial Services Officer

Place   Memphis, TN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-7-05_

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20168 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT